4/25/69   Filed ORDER TO SHOW CAUSE schedule A actions should not be transferred.
              Response to be filed not later than May 15, 1969.

5/1/69    Filed HEARING ORDER for May 23, 1969 in Denver, Colorado.

5/2/69    Mailed NOTICE OF HEARING  to all counsel.

5/5/69    Mailed AMENDED ORDER TO SHOW CAUSE including two cases from Wis. W.
              for hearing on May 23, 1969.

5/5/69    Mailed AMENDED SHOW CAUSE ORDER to all counsel.


1  5/12/69   Filed Response of United States of America and Commodity Credit Corp.
                 to show cause order.

2  5/14/69   Filed Motion & Brief of Southern Railway Co. in Response to Show Cause Or.

3  5/15/69   Filed Response of Northern Pacific Railway Co. to Order to Show Cause.

4  5/15/69   Filed Response of Soo Line Railroad Co. to Panel's Oroder to Show Cause.

5  5/15/69   Filed Response of Fort Worth & Denver Railway Co. to Panel's Order to Show
                 Cause.

6  5/15/69   Filed Reading Co.'s Response to Panel's Order to Show Cause.

7  5/15/69   Filed Response of Chicago, Rock Island & Pacific Railroad Co. to Order to
                 Show Cause.

8  5/15/69   Filed Response of The Atchison, Topeka & Santa Fe Railway Co. to Order to
                 Show Cause.

9  5/15/69   Filed Response of Southern Pacific Company to Order to Show Cause.

10  5/15/69   Filed Response of Western Maryland Railway Co. to Panel's Order to Show Cause.

11  5/15/69   Filed Response of Penn Central Co. to Order to Show Cause

12  5/15/69   Filed Answer of Pennsylvania Railroad Co. & Pennsylvania New York Central
                 Transportation Co. to Show Cause Order.

13  5/15/69   Filed Response of Norfolk & Western Railway Co. to Order to Show Cause.

14  5/15/69   Filed Response of Great Northern Railway Co. to Panel's Order to Show Cause.

15  5/15/69   Filed Response of Union Pacific Railroad Co. to Panel's Order to Show Cause.

16  5/16/69   Filed Response of Baltimore & Ohio Railroad Co. to Panel's Order to Show Cause

17  5/16/69   Filed Response of Chicago & North Western Railway Co. to Order to Show Cause.

18  5/16/69   Filed Response of Missouri Pacific Railroad Co. to Order to Show Cause.

19  5/19/69   Filed Response of Chesapeake & Ohio Railway Co. to Order to Show Cause.

20  5/20/69   Filed response of Spokane, Portland & Seattle Railway Co. to Order to Show Cau

5/22/69 **21** Filed Response of Chicago, Milwaukee, St. Paul & Pacific Railroad Co. to Panel's Order to Show Cause.

5/22/69 **22** Filed Response of Penn Central Co. Sued Herein as New York Central RR Co. to Order to Show Cause.

5/23/69 **23** Filed Response of Chicago, Burlington & Quincy RR Co. to Order to Show Cause.

5/22/69 **24** Filed Response of Kansas City Southern Railway Co. to Order to Show Cause.

5/23/69 **25** Filed Exhibit of Sante Fe Railway

6/19/69 **26** Filed Motion of The Atchison, Tepeka & Santa Fe Railway Co. and
(*) Missouri Pacific RR Company to Add Further Suits to Docket No. 22.

6/23/69 OPINION AND ORDER In re multidistrict Commodity Credit Corporation Litigation involving grain shipments, Docket No. 22

6/26/69 Filed CORRECTION ORDER In re Multidistrict Commodity Credit Corp. Litigation Involving Grain Shipments Docket No. 22

(*)6/23/69 Filed CONSENT OF TRANSFEREE COURT to transfer of litigation to Kansas and assigning to Judge George Templar

7/2/69 Filed CONDITIONAL TRANSFER ORDER Midwestern Grain Company, etc. v. The Atchison, Topeka & Santa Fe Railway Company, et al., Missouri, W., No. 16785-4 and Midwestern Grain Company, etc. v. The atchison, Topeka & Santa Fe Railway Company, et al., Missouri, W., No. 17663-3

7/9/69 Filed CONDITIONAL TRANSFER ORDER in Civ-1969-243 United States of America v. Penn Central Company, New York, W.

7/15/69 Filed CONDITIONAL TRANSFER ORDER in Midwestern Grain Co.etc. v. The Atchison Topeka & Santa Fe Railway Co., et al Missouri, W., Nos. 16785-4 and No. 17 663-3. effective today.  Notified transferee clerk.

7/22/69 CONDITIONAL TRANSFER ORDER in C.A. No. Civ-1969-243 (United States of America v. Penn Central Company, New York W.) effective today.  Notified transferee clerk.

8/13/69 CONDITIONAL TRANSFER ORDER in C.A. No. Civ-69-H-651, United States of America v. Missouri-Kansas-Texas Railroad Co., Texas, S.

8/25/69 **26A** Filed STAY OF EXECUTION in Missouri-Kansas-Texas RR Co. as requested by def.
8/27/69 **27** Motion to add further suit to JP-22 by Union Pacific RR Co.
9/5/69 U.S. v. Mo.-Kan.-Tex.-RR Co., Texas., S., No. Civ-69-H-651
EXTENSION UNTIL 9/15 TO RESPOND TO OPPOSITION TO TRANSFER BY DEF.

9/12/69 **28** Filed Opposition to Motion by U.S. in No. Civ-69-H-651, Tex., S.

9/15/69 **29** Filed letter fr. def. Railroad in Civ-69-H-651 (Texas., S.) advising they do not wish to have a hearing.

9/18/69 U.S. of America v. Ill. Central RR Co. No. 03306, Nebraska
CONDITIONAL TRANSFER ORDER ENTERED TODAY

9/24/69 **30** Filed Reply of Missouri-Kansas-Texas RR Co. to Opposition of U.S. in Civ-69-H-651 (Tex., S.)

(Continued)

9/30/69    PER CURIAM transferring U.S. v. Missouri-Kansas-Texas RR Co., Tex., S., No. 69-H-651to District of Kansas and assigned to Judge Templar.

9/30/69    U. S. v. Illinois Central RR. Co., Nebr., No. Civ. 03306 C.T.O. EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK.

10/27/69    Filed per curiam OPINION AND ORDER in *U.S. v. Union Pacific RR Co.,* Kansas., No. T-4616, denying motion without prejudice to right of any party to request transferee court to assign action to Judge Templar for coordinated or consolidated pretrial proceedings.

11/4/69    Filed correction order in per curiam filed 10/27 - wrong case number cited.

11/19/69    Midwestern Grain Co. v. Union Pacific RR Co., Mo., W., No. 17364-2 CONDITIONAL TRANSFER ORDER ENTERED TODAY.  SENT TO ALL COUNSEL AND JUDGES

12/2/69    Midwestern Grain Co. v. Union Pacific R.R. Co., Mo., W. No. 17364-2 C.T.O.  EFFECTIVE TODAY NOTIFIED TRANSFEREE CLERK

12/18/69    United States v. Penn Central Co., Md., Civil No. 21483.  CONDITIONAL TRANSFER ORDER ENTERED TODAY.  SENT TO ALL COUNSEL AND JUDGES

12/30/69    UNITED STATES V. PENN CENTRAL CO., Md., No. 21483 CTO EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK.

1/21/70  **3 |**  JOINT MOTION FOR ORDER TRANSFERRING Midwestern Grain Co. v. Fort Worth & Denver Railway, Mo., W., CA No. 17365-4 to Kansas.

1/23/70    MIDWESTERN GRAIN CO. V. FT. WORTH & DENVER RAILWAY, Mo., W., No. 17365-4 MINUTE ORDER entered today.  Notified transferee clerk & judges

4/9/70    UNITED STATES OF AMERICA V. WESTERN MARYLAND RAILWAY COMPANY, Dist. of Md., No. 70-337 T  CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES

4/21/70    UNITED STATES V. WESTERN MARYLAND RAILWAY, Dist. of Md., No. 70-337 T CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES

7/10/70    U.S.A. V. PENN CENTRAL TRANSPORTATION CO., MARYLAND, NO. 70-722-N CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES

7/20/70  **82**  Notice of Opposition & MOtion to Remand by Atchison, Topeka & Santa Fe Railway Company of cases: U.S. v. Penn Central (MD., No. 70-722-N); U.S. v. Penn Central (MD. No. 21483); and U.S. v. Penn Central (N.Y., W. No. Civ-1969-243).

7/20/70    Order staying execution of 7/10 CTO re: U.S. v. Penn Central. Md., No. 70-722-N

7/31/70  **33**  Ltr/ dtd/ 7/24/70 fr A, T, S F Rwy. Co. requesting hearing on opposition in U.S. v. Penn. Centra., Md., No. 70-722-N

8/20/70    Hearing Order in U.S. v. Penn. Cen., Md., No. 70-722-N. - N.Y., 9/23/70 Copies to involved judges & hearing Clerk; Notice of Hearing to all counsel.

8/24/70  **34**  RESPONSE OF UNITED STATES OF AMERICA to Notice of Opposition of Atchison, Topeka and Santa Fe Railway Co., Civil Action No. 70-722-N

9/3/70  **35**  Joint Suggestions of Defendants Kansas City Southern Railway Co. and Missouri-Kansas-Texas Railway Co. Supporting Motion to Remand

11/3/70    UNITED STATES OF AMERICA V. PENN CENTRAL TRANSPORTATION CO., Md., No. 70-1231-T
           CTO ENTERED TODAY.   SENT TO INVOLVED COUNSEL AND INVOLVED JUDGES

11/12/70   FILED OPINION AND ORDER in United States of America v. Penn Central Transporta-
           tion Co., Md., No. 70-722-N — lifting stay of CTO and transferring action to
           the district of Kansas.  Order sent to all counsel (Panel Atty. Serv. List and
           Counsel of Record), involved judges and Panel judges, transferee and transferor
           clerks and to all interested publishers.

11/19/70   UNITED STATES OF AM. V. PENN CENTRAL TRANSPORTATION CO., Md., No. 70-1231-T
           CTO EFFECTIVE TODAY.   NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES

12/7/70 **36** Motion to Transfer by United States of America. Civil Actions Nos. 67-843 and
           68-635 from S. Car. to Kans.

12/14/70   UNITED STATES OF AMERICA V. WESTERN PACIFIC RAILROAD CO., N.D. Calif., No.
           C-70-2450-GSL.  CTO ENTERED TODAY.  SENT ALL COUNSEL (liaison) and involved
           Judges.

12/17/70 **37** Request of defendant carrier for ext. to reply to motion of U.S. in two
           S.C. Cases.

12/17/70   Denied request of defendant carrier for ext. of time. for replying to motion.

12/22/70 **38** Brief in Opposition to Motion to transfer by Def. Southern Railway Co. in
           Civil Action Nos. 67-843 and 68-635.

12/23/70   UNITED STATES OF AMERICA V. FORT WORTH & DENVER RAILWAY CO., N.D. Tex.,
           No. CA-4-1619.  CTO ENTERED TODAY.  SENT TO LIAISON COUNSEL AND INVOLVED JUDGES.

~~12/30/70~~   ~~UNITED STATES OF AMERICA V. WESTERN PACIFIC RAILROAD CO., N.D. Ca.,~~
  (*)      ~~No. C-70-2450-GSL.  CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOL~~VED
           ~~JUDGES.~~

1/4/71 **39** Reply Brief of United States of America on behalf of Commodity Credit
           Corporation (2 S.C. Cases - Southern Railway)

12/28/70 **40** Notice of Opposition in U.S. v. Western Pacific RR Co. (by def.)

1/5/71     Order staying CTO in U.S. v. Western Pacific RR Co. (To counsel and transferee
           clerk & judge and transferor clerk & judge)

1/8/71     UNITED STATES OF AMERICA V. FORT WORTH & DENVER RAILWAY CO., N.D. TEXAS,
           CIVIL ACTION NO. CA-4-1619.  CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE
           CLERK AND INVOLVED JUDGES.

1/11/71 **41** Motion to vacate CTO and Brief in The U.S.A. v. Western Pacific Railroad
           Company, N.D. Calif. Civil Action C-70-2450-GSL by defendant

1/15/71    CONDITIONAL TRANSFER ORDER in U.S. v. Norfolk Western Railway Co., E.D. Vir.,
           Civ. No. 860-70-N.  Notified Liaison Counsel and Involved Judges

1/20/71 **42** Corrections for Reply Brief of U.S.A. on behalf of Commodity Credit Corp.
           (filed 1/4/71) U.S. v. Southern Railway Co Civ. Actions No. D. S.C.
           67-843 and 68-635

1/22/71    CORRECTING ORDER - Correcting CTO U.S. V. NORFOLK SOUTHERN RAILWAY CO.,
           E.D. Vir., Civ. No. 860-70-N (1/15/71) Sent to All Counsel and Involved
           Judges.

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|------|-------------|------------------------------|
| 1/25/71 | Response of U.S. to Opposition of Western Pacific RR to CTO in N.D. Cal. Action, No. 70-2450 | |
| 1/26/71 | Notice of Opposition to transfer of U.S. v. Norfolk Southern RWY Co. E.D. Va., No. 860-70-N. | |
| 1/26/71 | Order staying execution of CTO in U.S. v. Norfolk Southern Rwy. Co. | |
| 1/27/71 | HEARING ORDER sent to involved counsel and involved judges. 2/26/71 WASHINGTON, D. C. to consider the opposition to transfer UNITED STATES OF AMERICA V. WESTERN PACIFIC RAILROAD CO., N.D. CALIF. CIVIL ACTION NO. C-70-2450-GSL; opposition to transfer UNITED STATES V. NORFOLK SOUTHERN RAILWAY CO., E.D. VA., CIVIL ACTION NO. 860-70-N.; and, plaintiffs motion to transfer UNITED STATES OF AMERICA V. SOUTHERN RAILWAY CO., S. CAR., CIVIL ACTION NO. 67-843 and UNITED STATES OF AMERICA V. SOUTHERN RAILWAY CO., SOUTH CAROLINA, CIVIL ACTION NO. 68-635. | |
| 1/27/71 | NOTICE OF HEARING SENT TO COUNSEL. | |
| 2/11/71 | Telegram MOTION of Defendant Counsel to vacate hearing date of 2/26/71/ U.S. V. SOUTHE NORFOLK SOUTHERN RAILWAY CO., E.D. VA. 860-70-N | |
| 2/11/71 | Order entered vacating the 1/27/71 hearing order in U.S. V. NORFOLK SOUTHERN RAILWAY CO., E.D. VA., 860-70-N   sent to judges and counsel | |
| 2/11/71 | MOTION TO VACATE & Brief - U.S. V. NORFOLK SOUTHERN RAILWAY CO., E.D. VA. 860-70-N   Filed Motion to vacate. | |
| 2/16/71 | ENTERED CONDITIONAL TRANSFER ORDER.  U.S.A. V. NORFOLK AND WESTERN RAILWAY COMPANY, E.D. VA., CIVIL ACTION NO. 68-71-N -  Sent to Counsel and Involved Judge | |
| 2/22/71 | ENTERED CONDITIONAL TRANSFER ORDER.  Sent to Liaison Counsel and Involved Judges. USA v. Baltimore & Ohio Railroad, Md. 71-128-N U.S.A. v. Penn Central Transportation Co., Md. 71-127-N; U.S.A. v. Western Maryland Railway Co., Md., 71-129-N. | |
| 2/22/71 | Response of U.S.A. in opposition to motion of Norfolk Southern Railway Co. to vacate CTO and brief. | |
| 2/26/71 | NOTICE OF OPPOSITION from Defendant (Norfolk and Western Railway Co) U.S.A. v. Norfolk and Western Railway Co., E.D. Va., Civ. 68-71-N | |
| 2/26/71 | ORDER ENTERED STAYING EXECUTION of the 2/16/71 CTO - USA v. Norfolk and Western Railway Co., E.D. Va., Civ. 68-71-N - Notified counsel and involved judges. | |
| 3/3/71 | U.S. V. SOUTHERN RAILWAY CO. (2 Cases) South Carolina 67-843 and 68-635 Admendment to Brief filed 1/4/71 on behalf of Commodity Credit. | |
| 3/5/71 | U.S.A. V. NORFOLK AND WESTERN RAILWAY CO., E.D. VA., 68-71-N U.S.A. V. NORFOLK SOUTHERN RAILWAY CO., E.D.VA., 860-70-N Entered Hearing Order.  Hearing 3/26/71, Wash., D.C. Notified Judges, Counsel, Court Reporter and Hearing Clerk. | |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 3/10/71 | U.S.A. v. Western Md. Railway Co., Md., 71-129-N | ● |
| | U.S.A. v. Penn Central Trans. Co., Md., 71-127-N | |
| | USA v. B&O Railroad Co., Md., Civ. Act. 71-128-N | |
| | CTO final today.  Notified Transferee Clerk and involved judges. | |
| 3/15/71 | U.S.A. V. NORFOLK AND WESTERN RAILWAY CO., E.D.VA. 68-71-N | |
| 50 | Motion and Brief from plaintiff to vacate the CTO of 2/16/71/ | |
| 3/18/71 | USA V. WESTERN PACIFIC RAILROAD CO., N.D. CALIF, 70-2450-GSL | |
| | USA V. SOUTHERN RAILWAY CO., SOUTH CAROLINA, 67-635 | |
| | USA V. SOUTHERN RAILWAY CO., SOUTH CAROLINA, 68-635 | |
| | OPINION AND ORDER (Two Opinions) Transfering actions to Kansas. | |
| | Notified transferee Clerk, Judges, Counsel and Publisher. | |
| | CTO (Southern Railway) Final today. | ● |
| 3/21/71 | U.S.A. V. NORFOLK AND WESTERN RAILWAY CO., E.D. VA., 68-71-N. | |
| 502 | U.S.A.'s response to Motion to Vacate CTO. | |
| 3/30/71 | USA V. ST. LOUIS SOUTHWESTERN RAILWAY, E.D. ARKANSAS, PB-71-C-18 | |
| | USA V. ILLINOIS CENTRAL RAILROAD CO., NEBRASKA  CV 71-0-145 | |
| | USA V. CHICAGO, MILWAUKEE, ST. PAUL AND PACIFIC RR CO., MINNESOTA 4-71-47 | |
| | CTO entered today.  Sent to counsel and involved judges. | |
| 4/15/71 | USA V. ST. LOUIS SOUTHWESTERN RAILWAY, E.D. ARKANSAS, PB-71=C-18 | |
| | USA V. ILLINOIS CENTRAL RAILROAD CO., NEBRASKA CV 71-0-145 | |
| | USA V. CHICAGO, MILWAUKEE, ST. PAUL AND PACIFIC RR CO., MINNESOTA 4-71-47 | |
| | CTO final today.  Notified transferee clerk, transferor clerks, involved | |
| | judges. | |
| 4/19/71 | USA V. NORFOLK SOUTHERN RAILWAY CO., E.D. VA., 860-70-N | |
| | USA V. NORFOLK & WESTERN RAILWAY CO., E.D.VA., 68-71-N | |
| | OPINION AND ORDER transferring to the District of Kansas (lifting stay) | |
| | making CTO effective today. | |
| 10/19/72 | USA v. Illinois Central RR Co., T-4667 | |
| | USA v. Illinois Central Railroad Co., T-4919 | |
| | CONDITIONAL REMAND ORDER ENTERED.  Notified counsel, involved judge | |
| 11/7/72 | USA V. ILLINOIS CENTRAL RR CO. T-4667 (Nebr. No. 03306) | |
| | USA V. ILLINOIS CENTRAL RR CO. T-4919 (Nebr 71-0-145) | |
| | CONDITIONAL REMAND ORDER EFFECTIVE TODAY.  NOTIFIED TRANSFEREE, TRANSFEROR | |
| | CLERKS AND JUDGES. | |
| 3/19/73 | U. S  v. Southern Railway Co.,, D. Kansas, Civil Action No. T-4911 | ● |
| | U. S. v. Southern Railway Co., D. Kansas, Civil Action No. T-4912 | |
| | CONDITIONAL REMAND ORDER ENTERED.  Notified counsel, involved judges. | |
| 3/19/73 | Certification of Completion of Consolidated Pretrial proceedings and | |
| 51 | suggestion for remand to transferor courts | |
| 4/3/73 | U.S. v. Southern Railway Co., D. Kansas, C.A. No. T-4911 | |
| | U. S. v. Southern Railway Co., D. Kansas, C.A. No. T-4912 | |
| | Conditional Remand Order effective today.  Notified transferee, transferor | |
| | judges and clerks | |
| | | ● |

OPINION AND ORDER OF June 23, 1969 (as amended 6/26/69) cited at 300 F. Supp. 1402
Opinion and Order of Sept. 30, 1969 cited at 304 F. Supp. 457 (1969)

Opinion and Order of Oct. 27, 1969 cited at 305 F. Supp. 3 (1969)
Opinion and Order of Nov. 12, 1970 cited at 319 F. Supp. 533 (1970)

**DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
Opinion and Order of Mar. 18, 1971 cited at 325 F. Supp. 318 (Southern Railway)
Opinion and Order of Mar. 18, 1971 cited at 332 F. Supp. 585

Opinion and Order of Apr. 19, 1971 cited at 327 F. Supp. 1313

## DESCRIPTION OF LITIGATION

Docket No. 22 - Multidistrict Commodity Credit Corporation Litigation
Involving Grain Shipments

DOCKET CLOSED

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|-----|---------|-----------|----------------|-------|----------|
| A-1 | United States of America v. The Atchison, Topeka and Santa Fe Railway Company | *dismissed* | Kansas | Templar | T-4314 |
| A-2 | United States of America v. Atchison Topeka and Santa Fe Railway Co. | *dismissed* | " | " | T-4464 |
| A-3 | United States of America v. Chicago, Rock Island & Pacific Railroad Co. | | | " | T-4323 |
| A-4 | United States of America v. Missouri Pacific Railroad Co. | 5/19/71 | | " | T-4317 |
| A-5 | United States of America v. Pennsylvania Railroad Co. | | Maryland | Kaufman | 19013 |
| A-6 | United States of America v. Western Maryland Railway Co. | | " | " | 19575 |
| A-7 | United States of America v. Baltimore & Ohio Railroad Co. | 5/19/71 | " | " | 19520 |
| A-8 | United States of America v. Pennsylvania New York Central Transportation Co. | | " | " | 19797 |
| A-9 | United States of America v. Chesapeake and Ohio Railway Co. | | Virginia,E. | MacKenzie | 6541-N |
| A-10 | United States of America v. Norfolk & Western Railway Co. | | " | " | 6404 |
| A-11 | United States of America v. Norfolk & Western Railway Co. | | " | " | 6895 |
| A-12 | United States of America v. Chicago, Burlington & Quincy Railroad Co. | | Minnesota | Lord, Miles | 298 |
| A-13 | United States of America v. Chicago North Western Railway Co. | | " | Lord | 273 |
| A-14 | United States of America v. Chicago North Western Railway Co. | 6/22/71 | | | 315 |

22

**DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

Docket No. 22 - Multidistrict Commodity Credit Corporation Litigation
Involving Grain Shipments

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|-----|---------|-----------|----------------|-------|----------|
| A-15 | United States of America v. Chicago, Milwaukee, St. Paul & Pacific Railroad Co. | | Minnesota | Neville | 348 |
| A-16 | United States of America v. Soo Line Railroad Co. | | 5/19/71 | Lord, Miles | 297 |
| A-17 | United States of America v. Fort Worth & Denver Railway Co. | | Texas, N. | | 1054 |
| A-18 | United States of America v. Kansas City Southern Railway Co. | 1/6/71 | Missouri, W. | Becker | 17018-3 |
| A-19 | United States of America v. Northern Pacific Railway Company | | Wash., W. | Boldt | 3810 |
| A-20 | United States of America v. Spokane, Portland & Seattle Railway Company | | | Lindberg | 8057 |
| A-21 | United States of America v. New York Central Railroad Co. | | N.Y., W. | | 1967-424 |
| A-22 | United States of America v. Reading Co. | | Pa., E | 3/4/71 | 68-44 |
| A-23 | United States of America v. Reading Co. | | " | 3/4/71 | 68-1611 |
| A-24 | United States of America v. Pennsylvania New York Central Transportation Co | | " | | 69-203 |
| A-25 | United States of America v. Southern Railway Co. | 3/18/71 | So. Car. | Simons | 67-843 |
| A-26 | United States of America v. Southern Rialway Co. | 3/18/71 | " | | 68-635 |
| A-27 | United States of America v. Union Pacific Railroad Co. | | Nebraska | Robinson | 02839 |
| A-28 | United States of America v. Union Pacific Railroad Co. | | Colo. | Doyle | C-1188 |

22.

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

DOCKET NO. 22 - Multidistrict Commodity Credit Corporation Litigation
Involving Grain Shipments

| No. | Caption | Date | District Court | Judge | D.C. No. |
|-----|---------|------|----------------|-------|----------|
| A-29 | United States of America v. Southern Pacific Company *dismissed* 3/16 | | Oregon | | 68-23 |
| A-30 | United States of America v. Southern Pacific Company *dismissed* 3/16 | | | | 68-542 |
| A-31 | United States of America v. Great Northern Railway Company | | Wis., W. | Doyle | 67-C-160 |
| A-32 | United States of America v. Great Northern Railway Company *dismissed* 9/22/71 | | | " | 68-C-210 |
| B-1 | Midwestern Grain Co., etc. v. The Atchison, Topeka & Sante Fe Railway Company, et al. *dismissed* 1/26/72 | | Mo., W. | 2/8 (T-4635) | 16785-4 |
| B-2 | Midwestern Grain Company, etc. v. The Atchison, Topeka and Santa Fe Railway Company, et al. *dismissed* 1/26/72 | | " | 2/8 (T-4636) | 17663-3 |
| B-3 | United States of America v. Penn Central Company *dismissed* 2/4/72 | 7/12/69 | N.Y., W. | 2/25 (T-4638) | 1969-243 |
| B-4 | United States of America v. Missouri Kansas-Texas Railroad Company *dism.* | | Texas, S. | Hannay | 69-H-651 Civ |
| B-5 | United States of America v. Illinois Central Railroad Co. | | Nebraska | *remand* | Civ 03306 |
| B-6 | Midwestern Grain Company v. Union Pacific Railroad Company *dismissed* 4/13/73 | | Mo., W. | (T-4697) | 17364-2 |
| B-7 | U. S. of American v. Penn Central Co. *dismissed* 2/4/72 12/18 | | Md. | T-4709 | 21483 |
| B-8 | Midwestern Grain Co. v. Fort Worth & Denver Railway Co. | | Mo., W. | T-4__ | 17365-4 |
| XXX | U.S. v. Union Pacific RR Co *settled before* KS *combined in lit* | | | | T-4706 |
| XXX | United States of America v. Union Pacific Railroad Company *dismissed* 3/12/71 | | Kansas | | T-4614 |

DOCKET NO. 22

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

18

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| XXX | U.S. of America v. Missouri Pacific RR Co. *dismissed 5/19/71* | Kansas T-4627 | | NTN | |
| B-9 | United States v. Western Maryland Railway Company *dismissed* | Maryland 70-337 T | | 4/21/70 | T-4751 |
| B-10 | U.S.A. v. Penn Central Transportation Co. *dismissed 2/4/72* 7/10/70 | Maryland 70-722-N | | 11/2/70 | T-4838 |
| B-11 | U.S.A. v. Penn Central Transportation Co. *dismissed 2/4/72* 11/3/70 | Maryland 70-1231-T | | 11/19/70 | T-4846 |
| XXX | U.S. of America v. Burlington Northern Railroad *dismissed 9/1/71* | Kansas T-4831 | NTN | | |
| B-12 | United States of America v. Western Pacific Railroad Co. 12-14-70 | N.D. Calif C-70-2450 GSL | 9/ 71 | 3/18/71 | 4/7/71 T-4915 |
| B-13 | United States of America v. Forth Worth & Denver Railway Co. 12/23/70 | N.D. Tex CA-4-1629 | 71 | | 4/14/71 T4864 |
| XYZ | United States of America v. Missouri Pacific Railroad Company 5/16/75 | Kansas T-4856 | NTN | | |
| C-1 | United States v. Norfolk Western Southern Railway Co. 1/15/71 | E.D. Va 860-70-R | N/A | 4/1/71 | 4/26/71 T-4938 |
| ~~XYZ~~ | ~~U. S. V. Chicago, Rock Island & Pacific Railroad Company~~ | ~~Kansas  T-4869~~ | | | |
| ~~XYZ~~ | ~~U.S. v. Chicago & Northwestern RWY Co.~~ | ~~Kansas-T-4868~~ | | | |
| ~~XYZ~~ | ~~U.S. v. Burlington Northern, Inc.~~ | ~~Kansas- T-4867~~ | NTN | | |
| ~~XYZ~~ | ~~U.S. v. Union Pacific Railroad Co.~~ | ~~Kansas-T-4866~~ | | | |
| ~~XYZ~~ | ~~U.S. v. Mo-Kan-Tex. Railroad Co.~~ | ~~Kansas-T-4865~~ | | | |
| ~~XYZ~~ | ~~U.S. v. St. Louis-San Francisco RWY Co.~~ | ~~Kansas-T-4870~~ | | | |
| ~~XYZ~~ | ~~U.S. v. Atchison, Topeka & Santa Fe RWY~~ | ~~Kansas-T-4871~~ | | | |
| ~~XYZ~~ | ~~U.S. v. Kansas City Southern Rwy. Co.~~ | ~~Kansas-T-4872~~ | | | |
| C-2 | U.S.A. v. Norfolk and Western Railway Co. 1/1/71 | E.D. Va 68-70-A | OPPOSED 4/19/71 | | 4/26/71 T-4935 |
| C-3 | U.S.A. v. Penn Central Trans. Co 4/72 *dismissed 3/27/71* | Maryland 71-127-N | Northrop 3/10/71 | 3/18/71 | 3/18 T-4700 |
| C-4 | U.S.A. v. Baltimore & Ohio Railroad Co. 2/22/71 | Maryland 71-128-N | Northrop 3/10/71 | 3/15/71 | 3/18 T-4901 |
| C-5 | U.S.A. v. Western Maryland Railway Co 2/22/71 | Maryland 71-129-N | Northrop 3/10/71 | 3/15/71 | 3/28 T-4902 |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

Docket No. 22 - Multidistrict Commodity Credit Corporation Litigation
Involving Grain Shipments

※ (FIRST FOUR PAGES NOT APART OF MAILING LIST)

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Newell A. George, Esquire<br>U.S. Attorney<br>Federal Building<br>P.O. Box 1537<br>Topeka, Kansas 66601 | Roth A. Gatewood. Esquire<br>920 Jackson<br>Topeka, Kansas  66612<br><br>*Seagan, Counsel for<br>Defendant carriers* |
| A-2 | Benjamin E. Franklin, Esquire<br>U.S. Attorney<br>Federal Building<br>P.O. Box 1537<br>Topeka, Kansas 66601 | W.E. Treadway & Roth A. Gatewood, Esquires<br>P.O. Box 1738<br>Topeka, Kansas 66601 |
| A-3 | Newell A. George, Esquire<br>U.S. Attorney<br>Federal Building<br>Topeka, Kansas 66601 | Clayton M. Davis, Esquire<br>First National Bank Building<br>Topeka, Kansas  66603 |
| A-4 | same as in Al & 3 | Ralph M. Hope, Esquire<br>923 First National Bank Building<br>Wichita, Kansas 67202 |
| A-5 | Stephen H. Sachs, Esquire<br>407 Post Office Building<br>Baltimore Maryland 21202 | Thomas F. Comber,III, Clayton W.Danekar<br>1000 Maryland Trust Building<br>Baltimore, Maryland 21202 |
| A-6 | Same as in A-5 | Rene J. Gunning, Esquire<br>201 North Charles Street<br>Baltimore, Maryland 21201 |
| A-7 | Same as in A-5 | Thomas L. Samuel, Esquire<br>2 North Charles Street<br>Baltimore, Maryland 21201 |
| A-8 | Same as in A-5 | Clayton W. Daneker, same as in A-5 |
| A-9 | C.V. Spratley, Jr. Esquire<br>U.S. Attorney<br>P.O. Box 60<br>Norfolk, Virginia 23510 | Ford, West & Wilkinson<br>First and Merchants National Bank Building<br>Newport News, Virginia 23607 |
| A-10 | same as in A-9 | Joseph L. Kelly, Jr., Esquire<br>Williams, Worrell, Kelly & Worthington<br>1700 Virginia Nat'l Bank Bldg.<br>Post Office Box 3273<br>Norfolk, Virginia  23514 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| A-11 | same as in A-9 | same as in A-9 |
| A-12 | Patrick J. Foley, Esquire<br>U.S. Attorney<br>Federal Court Building<br>St. Paul, Minnesota | Harry S. Sterns, Jr.<br>Stearns, Torrison, Goettman, & Driscoll<br>214 Degree of Honor Building<br>St. Paul, Minnesota  55101 |
| A-13 | same as in A-12 | A. James Dickinson, Esquire<br>Stringer, Donnelly, and Sharood<br>E-903 First National Bank Building<br>St. Paul, Minnesota  55101 |
| A-14 | same as in A-12 | same as in A-13 |
| A-15 | same as in A-12 | Rider, Bennett, Egan, Johnson & Arundel<br>Stuart W. Rider, Jr.<br>1910 First National Bank Bldg.<br>Minneapolis, Minnesota 55402 |
| A-16 | same as in A-12 | Patrick J. McPartland, Esquire<br>804 Soo Line Building<br>Minneapolis, Minnesota 55440 |
| A-17 | Eldon Mahon, Esquire<br>U.S. Attorney<br>Federal Courthouse<br>Fort Worth, Texas | Stone, Tillery, Parker, Snakard, Law & Brown<br>1500 Forth Worth National Bank Building<br>Fort Worth, Texas |
| A-18 | Vernon A. Poschel, Esquire<br>U.S. Attorney<br>549 U.S. Courthouse<br>811 Grand Ave.<br>Kansas City, Missouri | Phillip S. Brown & R.W. Spachman<br>114 West Eleventh Street<br>Kansas City, Missouri  64105<br>and<br>Richard S. Righter, Robert D. Youle, Wm. H.<br>Bates, & Daniel M. Dibble,<br>15th Floor,<br>Ten Main Center<br>Kansas City, Missouri  64105 |
| A-19 | Eugene G. Cushing, Esquire<br>U.S. Attorney<br>324 Post Office Bldg.<br>Tacoma, Washington 98402 | Roger J. Crosby, Esquire<br>Burlington Northern Inc.<br>426 American Bank Bldg.<br>Portland, Oregon  97205 |
| A-20 | same as in A-19<br>U.S. Courthouse<br>Seattle Washington  98104 | Hugh L. Biggs,<br>Davies, Biggs, Strayer, Stoel, & Boley<br>1410 Yeon Building<br>Portland, Oregon  97204<br>and<br>James Warren Cook<br>Burlington Northern Inc.<br>426 American Bank Building<br>Portland, Oregon  97205 |
| A-21 | John T. Curtin<br>U.S. Attorney<br>Buffalo, New York | John E. Leach<br>290 Main Street Building<br>Buffalo, New York 14202 |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

Docket No. 22 - Multidistrict Commonodity Credit Croporation Litigation
Involving Grain Shipments

| No. | Plaintiff | Defendant |
|---|---|---|
| A-22 | Louis C. Bechtle, Esquire<br>United States Attorney<br>United States Courthouse<br>9th & Chestnut Streets<br>Philadelphia, Pa.   19107 | Joseph H. Foster, Esquire<br>White and Williams,<br>19th Floor, Land Title Building<br>Philadelphia, Penn. 19110 |
| A-23 | same as in A-22 | same as in A-22 |
| A-24 | same as in A-22 | William F. Zinger, Esquire<br>1138 Transportation Center<br>Six Penn Center Plaza<br>Philadelphia, Penn. 19104 |
| A-25 | Klyde Robinson, Esquire<br>U.S. Attorney<br>U.S. Courthouse<br>Columbia, S. Car. | Ben Scott Whaley<br>P. O. Drawer H<br>Charleston, S.C. 29402<br><br>and<br>Duncan B. Phillips<br>General Solicitor<br>P.O. Box 1808<br>Washington, D.C. |
| A-26 | same as in A-25 | same as in A-25 |
| A-27 | Theodore L. Richling, Esquire<br>U.S. Attorney<br>U.S. Courthouse<br>Omaha, Nebraska | Byron D. Strattan<br>1416 Dodge Street<br>Omaha, Nebraska |
| A-28 | Lawrence M. Henry, Esquire<br>U.S. Attorney<br>U.S. Courthouse  P.O. Box 1776<br>Denver, Colo. | Knowles, Hopper, & Molen<br>Clayton D. Knowles<br>560 Denver Club Building<br>Denver, Colo  80202 |
| A-29<br>A-30 | Sidney I. Lezak<br>United States Attorney<br>506 United States Courthouse<br>Post Office Box 71<br>Portland, Oregon  97207 | Oglesby H. Young, Esq.<br>McColloch, Dezenborf & Spears<br>800 Pacific Building<br>Portland, Oregon  97204 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| A-31<br>A-32 | John E. Clarke, Esquire<br>Assistant U. S. Attorney<br>Post Office Box 112<br>Federal Building<br>Madison, Wisconsin  53701 | Richard V. Wicka, Esquire<br>Attorney, Law Department<br>Great Northern Railway Company<br>175 East Fourth Street<br>St. Paul, Minnesota  55101 |
| B-1<br>B-2 | J. Neal Sawyer, Jr., Esq.<br>Cleary, Krigel & Nee<br>1210 Commerce Tower<br>Kansas City, Missouri  64105 | Daniel M. Dibble (Same as A-18) |
| B-3 | H. Kenneth Schroeder, Jr., Esq.<br>Acting United States Attorney<br>Buffalo, New York | Same as A-21 (Leach) |

Also:
   Miss Katherine Markwell
   Office of General Counsel
   Department of Agriculture
   Washington, D.C.  20250

   Hon. William D. Ruckelshaus
   Assistant Attorney General
   Civil Division
   Department of Justice
   Washington, D. C.  20530

Michael A. Bander, Esquire
General Claims Division
Civil Division, Room 3328
Department of Justice
Washington, D. C.  20530
  (DO NOT OPEN IN MAIL ROOM)

Drew J. T. O'Keefe, Esq.
34 West Montgomery Avenue
Ardmore, Pennsylvania 19003

**ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

Docket No. 22 - Multidistrict Commodity Credit Corporation Litigation
Involving Grain Shipments

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| B-4 | Joel P. Kay<br>Assistant United States Attorney<br>Assistant Chief, Civil Division<br>United States Dept. of Justice<br>Houston, Texas 77061 | Gay C. Brison, Esq.<br>Vinson, Elkins, Searls & Connally<br>First City National Bank Bldg.<br>Houston, Texas 77002 |
| B-5 | Richard A. Dier<br>United States Attorney<br>P. O. Box 1228<br>Omaha, Nebraska 68101 | Lane, Baird, Peddersen, Hagger<br>524 Omaha National Bank Building<br>Omaha, Nebraska 68102 |
| B-6 | J. Neal Sawyer, Jr., Esquire<br>Cleary, Krigel & Nee<br>1210 Commerce Tower<br>Kansas City, Missouri  64106 | Allan L. Bioff, Esquire<br>Robert C. Canfield, Esquire<br>Watson, Ess, Marshall & Enggas<br>1500 Home Savings Building<br>1006 Grant Avenue<br>Kansas City, Missouri  64106 |
| B-7 | Stephen Sachs, Esq.<br>U.S. Attorney<br>Baltimore, Md.<br>Attn:  Mrs. Jean G. Rogers<br>       Asst. U.S. Atty. | |
| B-8 | J. Neal Sawyer, Jr., Esq.<br>Cleary, Krigel & Nee<br>1210 Commerce Tower   (SAME AS B-6)<br>Kansas,City, Mo.  64105 | Charles W. Hess, Esquire<br>Linde, Thomson, Van Dyke, Fairchild<br>   & Langworthy<br>Floor Three - Columbia Union National<br>   Bank Building<br>Kansas City, Missouri |
| B-9 | Same as B-7 above (Sachs) | |
| XXX | Elmer, Hoge, Esq.<br>Assistant U. S. Attorney<br>Federal Bldg.<br>Topeka, Kansas  66601 | O. B. Eidson, Esq.<br>Eidson, Lewis, Porter, Fisher & Haynes<br>1310 Merchants National Bank Bldg.<br>Topeka, Kansas  66612 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| B-10 | Same As B-7 (Rogers) | W.E. Storf, Manager<br>International Sales<br>Pennsylvania Railroad Station<br>Baltimore, Md. |
| B-11 | Same as B-7 (Rogers)<br>George Beall<br>409 P.O. Bldg.<br>Calvert & Fayette St.<br>Baltimore, Md. 21202 |      Also; same as A-5 (Dankar) |
| B-12 | James L. Browning, Jr., U.S. Atty.<br>Michael C. D'Amelio, Asst U.S. Atty.<br>450 Golden Gate Ave.<br>San Francisco, Calif.  94102<br><br>Dept. of Agriculture<br>Office of General Counsel<br>P.O. Box 205<br>Kansas City, Mo. 64141<br>Attn:  Mr. G. H. Penstone<br>       Regional Atty.<br><br>Dept. of Agriculture<br>Office of General Counsel<br>Washington, D.C. 20250<br>Attn:  Mr. John A. Harris<br>       Commodity Stabilization Div. | |
| B-13 | Department of Agriculture<br>Office of General Counsel<br>P.O. Box 205<br>Kansas City, Mo. 64141<br>Attn:  Mr. Patrick Hurley<br><br>Eldon Mahon<br>U.S. Attorney<br>U.S. Courthouse<br>Fort Worth, Texas  76102 | |
| C-1 | James A. Oast, Jr., Esq.<br>Asst. U.S. Attorney<br>Norfolk, Va. | |
| C-2 | Brian P. Gettings<br>U.S. Attorney<br>P.O. Box 60<br>Norfolk, Va.  23501 | |
| | ADDITIONAL<br>  Patrick J. Hurley, Esq.<br>  U.S. Dept. of Agriculture<br>  Office of General Counsel<br>  830 Ward Parkway<br>  Kansas City, Missouri | |

DOCKET NO.  22

## ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

GRAIN SHIPMENTS  - Liaison Counsel

| No. | Plaintiff | Defendant |
|---|---|---|
| | Mr. Elmer Hoge, ESQ<br>Assistant U.S. Attorney<br>Federal Bldg.<br>Topeka, Kansas 66601 | Mr. Roth A. Gatewood, ESQ<br>Assistant General Attorney<br>P.O. 1738<br>Topeka, Kansas 66601 |
| B-2 | MIDWESTERN GRAIN COMPANY, etc.<br>J. Neal Sawyer, Jr., Esq.<br>Cleary, Frixel & Nee<br>1210 Commerce Tower<br>Kansas City, Missouri 64106 | WESTERN PACIFIC RAILROAD  B-12<br>Alan Richard Johnson, Esq.<br>Attorney at Law<br>526 Mission Street<br>San Francisco, California 94105 |
| B-11 | George Beall<br>409 P.O. Bldg.<br>Calvert & Fayette St.<br>Baltimore, Md. 21202 | Duncan Philips, Esquire<br>General Solicitor<br>Post Office Box 1808<br>Washington, D. C.<br>(Western Pacific) |
| B-12 | James F. Browning, Jr., U.S. Atty.<br>Michael C. D'Amelio, Asst. U.S. Atty.<br>450 Golden Gate Ave.<br>San Francisco, Calif. 94102 | Daniel M. Dibble, Esq.<br>15th Floor, Ten Main Center<br>Kansas City, Missouri 64105 |
| | Dept. of Agriculture<br>Office of General Counsel<br>P.O. Box 205<br>Kansas City, Mo. 64141<br>Attn: Mr. G.N. Penstone<br>Regional Atty. | |
| | Dept. of Agriculture<br>Office of General Counsel<br>Washington, D.C. 20250<br>Attn: Mr. John A. Harris<br>Commodity Stabilization Div. | |
| B-13 | Department of Agriculture<br>Office of General Counsel<br>P.O. Box 205<br>Kansas City, Mo. 64141 (Attn. Mr. Patrick Hurley) | |
| | Eldon Mahon<br>U.S. Atty.<br>U.S. Courthouse<br>Forthworth, Texas 76102 | |

(OVER)

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | | Joseph L. Kelly, Jr., Esquire |
| | | Williams, Worrell, Kelly & Worthington |
| C-1 | James A. Oast, Jr., Esquire | Virginia National Bank Building |
| | Asst. United States Attorney | Norfolk, Virginia  23510   *app.* |
| | Norfolk, Virginia | |
| | | |
| C-2 | Brian P. Gettings | Ford, West & Wilkinson |
| | U.S. Attorney | First and Merchants National Bank Bldg. |
| | P.O. Box 60 | Newport News, Va. 23607 |
| | Norfolk, Virginia 23501 | |
| | | PENN CENTRAL TRANSPORTATION CO. |
| | | Clayton W. Daneker |
| C-3 | George Beall  *B-11 Liaison Dest.* | 1000 Maryland Trust Bldg |
| | 409 P.O. Bldg. | Baltimore, Maryland 21202 |
| | Calvert & Fayette St. | |
| | Baltimore, Md. 21202 | |
| | | BALTIMORE AND OHIO RAILROAD CO. |
| C-4 | Same as C-3 | Thomas L. Samuel, Esq. |
| | | 2 North Charles St. |
| | | Baltimore, Md. 21201 |
| C-5 | Edward H. Funston, Esquire | WESTERN MARYLAND RAILWAY CO. |
| | Assistant U. S. Attorney | |
| | P.O. Building - P.O. Box 1537 | Rene J. Gunning, Esq. |
| | Fifth Street and Kansas Avenue | 201 North Charles St. |
| | Topeka, Kansas  66601 | Baltimore, Maryland |

ADDITIONAL COUNSEL FOR UNITED STATES
   Edward I. Swichar, Esquire
Department of Justice
Civil Division
General Claims Section
Washington, D. C.  20530

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | | PENN CENTRAL TRANSPORTATION CO. |
| C-3 | George Beall<br>409 P.O. Bldg.<br>Calvert & Fayette Street<br>Baltimore, Md. 21202 | Same As X (A-5) |
| C-4 | Same as C-3 | BALTIMORE AND OHIO RAILROAD<br><br>Same as (A-7) |
| C-5 | ~~Same as C-3~~<br>Edward H. Funston, Esq.<br>Asst U.S. Atty<br>P.O. Bldg. — P.O. Box 1537<br>5th St and Kansas Ave.<br>Topeka, Kansas 66601 | WESTERN MARYLAND RAILWAY<br><br>(Same as A-6) |

**ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

ADDITIONAL COUNSEL IN JP - 22

| No. | Plaintiff | Defendant |
|---|---|---|
| | Mr. Granger West<br>Attorney at Law<br>2815 Hungington Ave.<br>P.O. Box 257<br>Newport News, Va. 23607 | Mr. S.R. Brittingham, Jr.<br>General Counsel<br>A.T. & S.F. Ry. Co.<br>80 E. Jackson Blvd.<br>Chicago, Illinois 60604 |
| | Mr. V. J. Haggart, Jr.<br>Attorney at Law<br>Omaha Natl. Bank Bldg.<br>Omaha, Nebraska 68102 | Mr. Martin L. Cassell<br>General Solicitor<br>C.R.I. & P.R.R. Co.<br>139 W. Van Buren<br>Chicago, Ill. 60605 |
| | Mr. William M. McAllister<br>& Mr. Hugh L. Biggs<br>Attorneys at Law<br>1410 Yeon Bldg.<br>Portland, Oregon 97204 | Mr. R.W. Yost<br>General Attorney<br>Missouri Pacific Railroad<br>13th & Olive Sts.<br>St. Louis, Mo. 63103 |
| | Mr. James E. Frick<br>Assistant General Attorney<br>Reading Terminal Bldg.<br>Philadelphia, Penn. 19107 | Mr. Richard M. Gleason<br>General Attorney<br>Burlington-Northern<br>547 W. Jackson Blvd.<br>Chicago, Ill. 60606 |
| | Mr. Cornelius P. Callahan<br>Assistant Gen. Solicitor<br>Norfolk & Western Ry. Co.<br>Cleveland, Ohio 44101 | Mr. Kenneth J. Wysoglad<br>C & N. W. Railway Co.<br>400 W. Madison St.<br>Chicago, Ill. 60606 |
| | Mr. William F. Bunn<br>General Attorney<br>Illinois Central Ry. Co.<br>135 West Eleventh Pl.<br>Chicago, Ill.  60605 | Mr. Daniel M. Dibble<br>Attorney at Law<br>15th Floor, Ten Main Center<br>Kansas City, Mo. 64105 |
| | Mr. John B. Webster<br>General Solicitor<br>M-K-T Railroad Co.<br>Katy Bldg.<br>Dallas, Texas 75202 | Mr. Meredith Wilson, Jr.<br>Attorney at Law<br>800 Pacific Bldg.<br>Portland, Ore. 97204 |
| | | Mr. Federick E. Fuhrman<br>Assistant General Attorney<br>Southern Pacific Railway<br>65 Market St., San Francisco, Calif. |

## ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

DOCKET NO. 22
MULTIDISTRICT COMMODITY CREDIT CORPORATION LITIGATION INVOLVING GRAIN SHIPMENT

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| C-6 | W. H. Dillahunty<br>U.S. Attorny<br>P.O. Box 1229<br>Little Rock, Arkansas  77203 | John Gill, Esq.<br>Coleman, Gantt, Ramsay & Cox<br>P.O. Box 8201<br>Pine Bluff, Arkansas  71601 |
| C-7 | Theodore L. Richling, Esq.<br>U.S. Attorney<br>U.S. Courthouse<br>Omaha, Nebraska | Lane, Baird, Peddersen, Hagger<br>524 Omaha National Bank Building<br>Omaha, Nebraska  68102 |
| C-8 | Patrick J. Foley, Esq.<br>U.S. Attornye<br>Federal Court Building<br>St. Paul, Minnesota | Rider, Bennett, Egan, Johnson &<br>  Arundel<br>Stuart W. Rider, Jr.<br>1910 F irst National Bank. Building<br>Minneapolis, Minnesota 55402 |

DOCKET NO.   22

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

DOCKET NO. 22 - MULTIDISTRICT COMMODITY CREDIT CORPORATION LITIGATION
INVOLVING GRAIN SHIPMENT

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| XYZ | USA v. Chicago, Rock Island·and Pacific Railroad Co. *dismissed* 3/9/72 | T-4865 | | NTN | |
| XYZ | USA v. Chicago ·and North Western Railway Co. *dismissed* 5/25/73 | T-4866 | | NTN | |
| XYZ | USA v. Burlington *dismissed* 9/22/71 | T-4867 | | NTN | |
| XYZ | USA v. *dismissed* Rail Road Co. 4/16/71 | T-4869 | | NTN | |
| XYZ | USA v. St.Louis-San Francisco Railway Co. 8/22/71 | T-4870 | | NTN | |
| XYZ | USA v. Atchison,Topeka and Santa Fe. Railway Co. *dismissed* | T-4871 | | NTN | |
| XYZ | USA v. *Southern Railway* 4/16/71 | T-4872 | | NTN | |
| XYZ | USA v. Union Pacific RR Co. | T-4868 | | NTN | |
| XYZ | US v. Chicago, RI & P RR Co. *dismissed* 3/9/72 | T-4776 | | NTN | |
| C-6 | United States of America v. St. Louis Southwestern Railway Co. 3/31/71 | Arkansas E.O. PB-71-C-18 T-4921 | | 11/1/61 | 4/20/71 4/23/71 |
| C-7 | United States of America v. Illinois Central Railroad Company 3/30/71 | Nebraska CV 71-0-145 T-4919 | | 4/15/71 remanded | 4/20/71 4/7/72 |
| C-8 | United States of America v. Chicago, Milwaukee, St. Paul and Pacific Railroad Co. 5/5/71 | Minnesota 4-71-47 T-4927 | | 4/15/71 | 4/20/71 |

*#9 Transferred and … 11/30/71*