| Date | Pleading Number | |
|------|---------|---|
| 3/16/73 | 1. | UNITED STATES -- Motion, supporting brief, certificate of service for consolidation of II-A-1 thru II-A-16 |
| | | REQUESTED TRANSFEREE FORUM:  D. Nebraska |
| 3/30/73 | | WESTERN MARYLAND RAILWAY CO. request for extension to file and serve motion and brief |
| | | ORDER - extending to ALL parties April 19, 1973 to file and serve response to motion |
| 3/30/73 | | Baltimore and Ohio Railroad request for extension of time |
| 3/30/73 | | Southern Pacific Trans. Co. and St. Louis Southwestern Railway Lines request for extension of time |
| 4/2/73 | 2 | CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD CO., BURLINGTON NORTHERN, INC. COLORADO AND SOUTHERN RAILWAY CO, FORTH WORTH AND DENVER RAILWAY CO. response to motion |
| 4/2/73 | 3 | CHICAGO, MILWAUKEE, ST PAUL AND PACIFIC RAILROAD CO. response to motion |
| 4/2/73 | 4 | ATCHISON, TOPEKA AND SANTA FE RAILWAY CO. response to motion |
| 4/2/73 | 5 | PENN CENTRAL TRANSPORTATION CO. response to motion. |
| 4/3/73 | 6 | NORFOLK AND WESTERN RAILWAY CO. response to motion w/cert of service |
| 4/3/73 | 7 | MISSOURI PACIFIC RAILROAD CO. response to motion w/cert. of service |
| 4/11/73 | 8 | CHICAGO AND NORTH WESTERN RAILWAY CO. response to motion w/cert. of service. |
| 4/19/73 | 9 | BALTIMORE AND OHIO RR CO. response and brief in opposition to motion w/cert. of service. |
| 4/19/73 | 10 | SOUTHERN PACIFIC TRANS. CO. ST. LOUIS SOUTHWESTERN RAILWAY CO. response to motion w/cert. of service |
| 4/19/73 | 11 | WESTERN MARYLAND RAILWAY CO. brief in opposition to motion to transfer w/cert. of service |
| 4/20/73 | 12 | UNION PACIFIC RAILROAD CO. response inoppositon to motion to transfer w/cert. of service. |
| 4/23/73 | | HEARING ORDER - Setting A-1 through A-16 for hearing May 24, 1973 New York, New York notified counsel, involved judges |
| 5/8/73 | | UNITED STATES V. MISSOURI KANSAS TEXAS RR. CO., N.D. TEXAS, C.A. NO. 3-6708-D - Order deleting from schedule A of hearing order because action is dismissed.  Notified counsel, involved judge. |
| 8/28/73 | | CONSENT OF CHIEF JUDGE BECKER to handle litigation in the W.D. of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 8/28/73 | | OPINION AND ORDER - Consolidating pursuant to 28 U.S.C. §1407 II-A-1 through II-A-8 and IIA-10 through II-A-16 in the W.D.Missouri for assignment to Chief Judge Becker for coordinated or consolidated pretrial proceedings. |
| 9/17/73 | | U.S. V. SOO LINE RAILROAD, CO., D. MINN, 4-73-Civ 238 CTO entered today.  Notified counsel, involved judges. |
| 10/3/73 | | U.S. V. SOO LINE RAILROAD, CO., D. MINN, 4-73 Civ. 238 CTO effective today.  Notified transferee clerk, involved judges |
| 10/4/74 | | U.S. V. ATCHISON, TOPEKA & SANTA FF RAILWAY, W.D.MO., 73CV474-W-3 Notifiecation from Judge Becker action is ready to remand CONDITIONAL REMAND ORDER ENTERED TODAY.  Notified counsel, involved judges. |
| 10/21/74 | | U. S. V. ATCHISON, TOPEKA & SANTA FE RR CO., W.D.MO. 73CV373-W-3 CONDITIONAL REMAND ORDER effective today., Notified clerk, involved judges. |

OPINION AND ORDER Aug 28, 1973 364 F. SUPP. 462

## Description of Litigation

### IN RE COMMODITY CREDIT CORPORATION LITIGATION INVOLVING GRAIN SHIPMENTS [No. II]

#### Summary of Panel Action

Date(s) of Hearing(s) **5/24/23**

Date(s) of Opinion(s) or Order(s) 8/28/73

Consolidation Ordered **X**     Name of Transferee Judge WILLIAM H. BECKER

Consolidation Denied _____     Transferee District   WESTERN DISTRICT OF MISSOURI (866)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| II-A-1 | United States v. Union Pacific Railroad Co. | W.D. Mo. Becker | 73 CV 4-W-3 | NT | | 9/17/74 | U.S. Mot. 3/16/73 |
| II-A-2 | United States v. Chicago & North Western Railway Co. | W.D. Mo. Hunter | 73 CV 3-W-3 | NT | | 7/29/74 | " " |
| II-A-3 | United States v. Norfolk & Western Railway Co. | W.D. Mo. Hunter | 73 CV 11-W-13 | NT | | 9/18/74 | " " |
| II-A-4 | United States v. Chicago, Milwaukee St. Paul & Pacific Railroad | W.D. Mo. Becker | 73 CV 12-W-3 | NT | | 1/31/74 | " " |
| II-A-5 | United States v. Burlington Northern, Inc. | W.D. Mo. Hunter | 73 CV 14-W-2 | NT | | 10/9/74 | " " |
| II-A-6 | United States v. Colorado & Southern Railway Co. | N.D.Tex. Taylor | 3-6705-C | 8/28/73 | 73CV471-W-3 | 9/3/74 | " " |
| II-A-7 | United States v. Fort Worth & Denver Railway Co. | N.D.Tex. Hill | 3-6706-D | 8/28/73 | 73CV472-W-3 | 9/5/74 | " " |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| II-A-8 | United States v. St. Louis Railway Lines | N.D.Tex. Hill | 3-6707-D | 8/28/73 | 73CV473-W-3 7/29/74 | | U.S. Mot. 3/16/73 |
| II-A-9 | United States v. Missouri-Kansas-Texas Railroad Co. | N.D.Tex. Hill | 3-6708-D | dismessed prior to hearing 4/23/73 | | | " |
| II-A-10 | United States v. Missouri Pacific Railroad Co. | N.D.Tex. Mahon | 3-6709-E | 8/28/73 | 73CV476-W-3 7/20/74 | | " |
| II-A-11 | United States v. Atchison, Topeka & Santa Fe Railway Co. | N.D.Tex. Taylor | 3-6710-C | 8/28/73 | 73CV474-W-3 remanded 10/21/74 | | " |
| II-A-12 | United States v. Chicago, Rock Island & Pacific Railroad Co. | N.D.Tex. Mahon | 3-6711-E | 8/28/73 | 73CV475-W-3 8/20/74 | | " |
| II-A-13 | United States v. Western Maryland Railway Co. | Maryland Kaufman | 73-27-K | 8/28/73 | 73CV477-W-3 8/20/74 | | " |
| II-A-14 | United States v. Southern Pacific Transportation Co. | S.D. D.C. transferred to S.D. Texas Flannery 80-73 Aug. 4. Flannery 73-14-491 | | 8/28/73 | 73CV480-W-3 9/4/74 73CU0-W-3 8/16/73 under 1404(a) | | " |
| II-A-15 | United States v. Penn Central Transportation Co. | D.C. Flannery | 82-73 | 8/28/73 | 73CV478-W-3 8/12/74 | | " |
| II-A-16 | United States v. Baltimore & Ohio Railroad Co. | D. C. Flannery | 81-73 | 8/28/73 | 73CV479-W-3 8/14/74 | | " |
| II-B-1 | United States of America v. Soo Line Railroad Co. (9-17-73) | D. Minn Neville | 4-73Civ 238 | 10/3/73 | 73-CV-586-W-3 8/28/74 | | |

ATTORNEY LIST  --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 22A -- IN RE COMMODITY CREDIT CORPORATION LITIGATION INVOLVING
GRAIN SHIPMENTS [NO. II]

| No. | Plaintiff | Defendant |
|---|---|---|
| II-A-1 | Richmond I. McKay, Esquire<br>Attorney, Civil Division<br>Department of Justice<br>Washington, D. C.  20530<br>(Movant -- 739-3405) | UNION PACIFIC RAILROAD CO.<br>Charles E. Patterson, Esquire<br>Thomas C. Utter, Esquire<br>1500 Home Savings Building<br>1006 Grand Avenue<br>Kansas City, Missouri  64106 |
| II-A-2 | | CHICAGO & NORTHWESTERN RAILWAY CO.<br>Robert F. Redmond, III, Esquire<br>David M. Harding, Esquire<br>c/o Terrell, Van Osdol & Magruder<br>1515 Commerce Bank Building<br>Kansas City, Missouri  64106 |
| II-A-3 | | NORFOLK & WESTERN RAILWAY CO.<br>~~David W. Shinn, Esquire~~ David L. Hardy, Esq.<br>Shook, Hardy, Mitchell & Bacon<br>915 Grand Avenue<br>Kansas City, Missouri  64106 |
| II-A-4 | | CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RR<br>Robert M. Kroenert, Esquire<br>Morrison, Hecker, Cozad, Morrison & Curtis<br>1701 Bryant Building<br>Kansas City, Missouri  64106 |
| II-A-5 | | BURLINGTON NORTHERN<br>Barry L. Gutterman, Esquire<br>547 West Jackson Boulevard<br>Chicago, Illinois  60606<br><br>Charles W. Hess, Esquire<br>Linde, Thomson, Van Dyke, Fairchild<br>  & Langworthy<br>3rd Floor, Columbia Union Bank Bldg.<br>900 Walnut<br>Kansas City, Missouri  64106 |

| No. | Plaintiff | Defendant |
|---|---|---|
| II-A-6 II-A-7 | | FORT WORTH & DENVER RAILWAY CO. COLORADO & SOUTHERN RAILWAY CO. Thomas H. Law, Esquire Law, Snakard, Brown & Gambill 1500 Ft. Worth Nat'l Bldg. Fort Worth, Texas  76102 |
| II-A-8 | | ST. LOUIS SOUTHWESTERN RAILWAY LINES M. D. Samuels, Esquire Worsham, Forsythe & Samuels 2520 Republic National Bank Tower Dallas, Texas  75201 |
| II-A-9 | | MISSOURI-KANSAS-TEXAS RAILROAD CO. John B. Webster, Esquire 701 Commerce Street Dallas, Texas  75202 |
| II-A-10 | | MISSOURI PACIFIC RAILROAD CO. James P. Simpson, Esquire 1507 Pacific Avenue, Room 900 Dallas, Texas  75201 |
| II-A-11 | Roth A. Gatewood, Esq. Atchison, Topeka & Santa Fe Railway Co. 920 Jackson St.-P.O. 1738 Topeka, Kansas  66628 | ATCHISON, TOPEKA & SANTA FE RAILWAY CO. Burford, Ryburn & Ford 1511 Fidelity Union Life Bldg. Dallas, Texas  75201 Joe Bruce Cunningham, Esquire Hudson, Keltner, Smith & Cunningham 1905 Continental Life Bldg. Fort Worth, Texas  76102 |
| II-A-12 | | CHICAGO, ROCK ISLAND & PACIFIC RAILROAD CO. Eugene J. Dozier, Esquire Shannon, Gracey, Ratliff & Miller 2700 Continental Nat'l Bank Bldg. Fort Worth, Texas  76102 |
| II-A-13 | | WESTERN MARYLAND RAILWAY CO. Rene J. Gunning, Esquire 201 North Charles Street Baltimore, Maryland  21201 |
| II-A-14 | | *ST LOUIS SOUTHWESTERN RAILWAY LINES* SOUTHERN PACIFIC TRANSPORTATION CO. James H. Pipkin, Jr., Esquire 1250 Connecticut Avenue, N.W. Washington, D. C.  20036 |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 22A -- IN RE COMMODITY CREDIT CORPORATION LITIGATION INVOLVING
GRAIN SHIPMENTS [NO. II]

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| II-A-15 | *James G. McKay* | PENN CENTRAL TRANSPORTATION CO. Matthew P. Medeiros, Esquire Covington & Burling 888 Sixteenth St., N.W. Washington, D. C.  20006 |
| II-A-16 | | BALTIMORE & OHIO RAILROAD CO. Laidler B. Mackall, Esquire Steptoe & Johnson 1250 Connecticut Avenue, N.W. Washington, D.C.  20036 |
| II-B-1 | Robert G. Renner, Esquire United States Attorney District of Minnesota 596 U. S. Courthouse 110 South Fourth Street Minneapolis, Minn | SOO LINE RAILROAD CO. Patrick J. McPartland, Esq. Soo Line Railroad Co. 804 Soo Line Building Minnespolis, Minnesota  55440 |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 22A -- IN RE COMMODITY CREDIT CORPORATION LITIGATION GRAIN
               SHIPMENTS (NO. II)

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | UNITED STATES OF AMERICA<br>Richmond I. McKay, Esquire   (*)<br>Attorney, Civil Division<br>Department of Justice<br>Washington, D. C.   20530<br><br>J. Whitfield Moody, Esq.   (*)<br>1st Assistant U. S. Attorney<br>Western District of Missouri<br>549 U. S. Courthouse<br>811 Grand Avenue<br>Kansas City, Missouri   64106<br><br>     (*) Appt'd by order of J. Becker<br>         dtd. 10/15/73 | UNION PACIFIC RAILROAD COMPANY<br>Charles E. Patterson, Esquire<br>Watson, Ess, Marshall & Enggas<br>1006 Grand Avenue<br>Kansas City, Missouri   64106<br><br>CHICAGO AND NORTH WESTERN RAILWAY<br>COMPANY<br>David M. Harding, Esquire<br>Terrell, Van Osdol and MaGruder<br>1515 Commerce Bank Building<br>922 Walnut Street<br>Kansas City, Missouri   64106<br><br>NORFOLK AND WESTERN RAILWAY CO.<br>David R. Hardy, Esquire<br>Shook, Hardy, Mitchell & Bacon<br>915 Grand Avenue<br>Kansas City, Missouri   64106<br><br>CHICAGO, MILWAUKEE, ST PAUL AND<br>PACIFIC RAILROAD<br>Robert M. Kroenert, Esquire<br>Morrison, Hecker, Cozad,<br>   Morrison & Curtis<br>1701 Bryant Building<br>Kansas City, Missouri   64106<br><br>BURLINGTON NORTHERN INC.<br>THE COLORADO AND SOUTHERN RAILWAY CO.<br>FT-WORTH AND DENVER RAILWAY CO.<br>Frank S. Farrell, Esq.<br>Vice President and General Counsel<br>Burlington Northern Rnc.<br>176 East 5th Street<br>St. Paul, Minnesota   55101<br><br>MISSOURI PACIFIC RAILROAD COMPANY<br>R. W. Yost, Esquire<br>Missouri Pacific Railroad Co.<br>210 North 13th Street<br>St. Louis, Missouri   63103 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | | **ATCHISON, TOPEKA AND SANTA FE RAILWAY CO.**<br>Roth A. Gatewood, Esquire<br>The Atchison, Topeka and<br>Santa Fe Railway Co.<br>920 Jackson Street<br>P.O. Box 1738<br>Topeka, Kansas  66628 |
| | | **CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD COMPANY**<br>John E. Davis, Esquire<br>General Attorney<br>Chicago, Rock Island and<br>  Pacific Railroad Co.<br>139 West Van Buren Street<br>Chicago, Illinois  60605 |
| | | **WESTERN MARYLAND RAILWAY CO**<br>Rene' J. Gunning, Esquire<br>Western Maryland Railway Co.<br>201 North Charles Street<br>Baltimore, Maryland  21202 |
| | | **SOUTHERN PACIFIC TRANSPORTATION CO<br>ST. LOUIS SOUTHWESTERN RAILWAY LINES**<br>James H. Pipkin, Jr., Esquire<br>Steptoe & Johnson<br>1250 Connecticut Avenue<br>Washington, D. C. |
| | | **PENN CENTRAL TRANSPORTATION CO.**<br>James C. McKay, Esquire<br>Covington & Burling<br>888 Sixteenth Street, N.W.<br>Washington, D. C.  20006 |
| | | **BALTIMORE AND OHIO RAILROAD CO.**<br>Laidler B. Mackall, Esquire<br>Steptoe & Johnson<br>1250 Connecticut Avenue<br>Washington, D. C.  20036 |
| | | **MISSOURI-KANSAS-TEXAS RAILROAD CO.**<br>John B. Webster, Esquire<br>Missouri-Kansas-Texas Railroad Company<br>701 Commerce Street<br>Dallas, Texas  75202 |
| II-B-1 | Robert G. Renner, Esquire<br>United States Attorney<br>596 U. S. Courthouse<br>110 S. Fourth Street<br>Minneapolis, Minn. | **SOO LINE RAILROAD CO.**<br>Patrick J. McPartland, Esquire<br>Soo Line Railroad Co.<br>804 Soo Line Building<br>Minneapolis, Minn.  55440 |